# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2580

_____

| | | |
|---|---|---|
| Kurt Robert Davis, | * | |
| | * | |
| Appellant, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the Western |
| | * | District of Arkansas. |
| Montgomery County Newspaper, | * | |
| | * | [UNPUBLISHED] |
| Appellee. | * | |

_____

Submitted: September 24, 2003
Filed: September 30, 2003

_____

Before RILEY, HANSEN, and SMITH, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Kurt Davis appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action. Having carefully reviewed the record, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we affirm for the reasons stated by the district court. See 8th Cir. R. 47A(a). We also deny appellant's pending motion.

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas, adopting the report and recommendations of the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas.